**02D02-2210-CT-000512**
Allen Superior Court 2

Filed: 10/5/2022 10:41 AM
Clerk
Allen County, Indiana
JS

| STATE OF INDIANA | } SS: | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| COUNTY OF ALLEN | } | CAUSE NO.: _____ |

MARIA SANCHEZ,

    Plaintiff,

-vs-

WAL-MART REAL ESTATE
BUSINESS TRUST &
WALMART, INC.

    Defendants.

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now MARIA SANCHEZ (hereinafter "Maria"), by counsel, Robert J. Boughter and Kenneth J. Sinak of **BOUGHTER SINAK, LLC** and for her cause of action against the Defendants, WAL-MART REAL ESTATE BUSINESS TRUST & WALMART, INC., (hereinafter "Defendants") alleges and states as follows:

### GENERAL NEGLIGENCE/PREMISES LIABILITY

1. On February 24, 2021, the Defendant Wal-Mart Real Estate Business Trust was a Foreign Business Trust authorized to conduct business in the State of Indiana and owning, maintaining, managing, occupying and/or controlling real estate commonly known as Walmart located at 7502 North Southtown Crossing, Fort Wayne, IN, 46816, County of Allen.

2. On February 24, 2021, the Defendant Wal-Mart, Inc. was a Foreign For-Profit Corporation authorized to conduct business in the State of Indiana and owning, maintaining, managing, occupying and/or controlling real estate commonly known as Walmart located at 7502 North Southtown Crossing, Fort Wayne, IN, 46816, County of Allen.

3. On February 24, 2021, Maria was a business invitee of the Defendants.

4. On February 24, 2021, the Defendants owed a duty to Maria and other customers to maintain its premises in a reasonably safe condition, including, *inter alia*, maintaining its

parking lot in a reasonably safe condition and providing a safe means of ingress and egress throughout the premises. Notwithstanding, the Defendants breached this duty and were negligent in that the Defendants failed to properly fix, remedy, repair and/or or remove cracking and uneven pavement in the parking lot of the subject Walmart. Rather, the parking lot was permitted to be in a state of disrepair thereby creating an unreasonably dangerous condition for its invitees, including Maria.

5. As a direct and proximate result of the negligent acts and omissions by the Defendants, Maria tripped and fell on the cracking and uneven pavement in the Defendants' parking lot, resulting in personal injuries, thereby causing her to incur emergency hospital care, diagnostic, therapeutic, pharmaceutical, and other medical expenses. In addition, Maria has suffered and will continue to suffer physical pain, mental suffering, humiliation, lost wages and loss of enjoyment of life, as well as other injuries and damages of a personal and pecuniary nature.

6. Venue is proper in Allen County pursuant to Trial Rule 75(A)(1), which provides that venue is proper in the county where any individual Defendant resides and pursuant to Trial Rule 75(A)(2), which provides that venue is proper in the county where the land is located if the complaint includes a claim for injuries related to the land.

**WHEREFORE**, MARIA SANCHEZ, by counsel, Robert J. Boughter and Kenneth J. Sinak of **BOUGHTER SINAK, LLC,** prays for judgment against the Defendants, WAL-MART REAL ESTATE BUSINESS TRUST & WALMART, INC., in an amount sufficient to compensate her for her injuries and damages, for the costs of this action, and all further relief deemed just and proper in the premises.

Respectfully submitted,

**BOUGHTER SINAK, LLC**



Robert J. Boughter, #23512-53
Kenneth J. Sinak, #30857-02
5150 West Jefferson Boulevard
Fort Wayne, Indiana 46804
Tel: 260-420-4878
Fax: 260-420-0600
*Attorneys for Plaintiff*

## JURY DEMAND

Comes now the Plaintiff, by counsel, Robert J. Boughter and Kenneth J. Sinak of **BOUGHTER SINAK, LLC** and demands trial by jury against the Defendants on all issues set forth in this cause of action.

Respectfully submitted,

**BOUGHTER SINAK, LLC**



Robert J. Boughter, #23512-53
Kenneth J. Sinak, #30857-02
5150 West Jefferson Boulevard
Fort Wayne, Indiana 46804
Tel: 260-420-4878
Fax: 260-420-0600
*Attorneys for Plaintiff*

3